UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff - Respondent,        Case No. 14-cr-20306

v        Honorable Thomas L. Ludington

ERIC MARQUELL BURRELL,

        Defendant - Petitioner.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S MOTION TO VACATE**

On May 28, 2014 an indictment issued charging Petitioner Eric Marquell Burrell with one count of possessing with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1). Petitioner pleaded guilty to the charge on September 9, 2014. He was ultimately sentenced to 151 months' imprisonment, and judgment was entered on December 15, 2014. *See* ECF No. 22. Petitioner did not file a direct appeal.

Almost two years after his judgment became final, on December 8, 2016, Petitioner filed a motion to vacate his sentence under 28 U.S.C. § 2255. *See* ECF No. 24. The motion was referred to magistrate judge Patricia T. Morris for report and recommendation. *See* ECF No. 27. On March 2, 2017 Magistrate Judge Patricia T. Morris issued her report recommending that Petitioner Burrell's petition be dismissed as untimely under § 2255(f). *See* ECF No. 32. She also found that Petitioner had waived his right to appeal through his Rule 11 Plea Agreement.

Although the magistrate judge's report explicitly states that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither party has filed any objections. The election not to file objections to the magistrate

- 2 -

judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal. As such, the Court concludes that Petitioner has failed to make a substantial showing of the denial of a constitutional right, and a certificate of appealability is not warranted in this case. The Court further concludes that Petitioner should not be granted leave to proceed *in forma pauperis* on appeal, as any appeal would be frivolous. *See* Fed. R. App. P. 24(a).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 32, is **ADOPTED**.

It is further **ORDERED** that Petitioner Burrell's motion to vacate his sentence, ECF No. 24, is **DENIED.**

It is further **ORDERED** that a certificate of appealability is **DENIED**.

It is further **ORDERED** that leave to proceed *in forma pauperis* on appeal is **DENIED**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: April 5, 2017

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 5, 2017.

s/Kelly Winslow for
MICHAEL A. SIAN, Case Manager