| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012290 | DATE 11/05/2026 |
|---|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| BURRELL, Eric Marquell | Ashley Teeples | Robert J. White | 14-CR-20306-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL |
|---|---|---|---|
| 12/11/2014 | Supervised Release | VI | 29 |

COMMENCED

03/05/2024

EXPIRATION

03/04/2027

PHOTO



| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Katharine Hemann | To Be Determined |

REPORT PURPOSE

**TO ISSUE A WARRANT**

ORIGINAL OFFENSE

Count 1: 21 U.S.C. §841(a)(1), Possession with Intent to Distribute Cocaine Base

SENTENCE DISPOSITION

Custody with the Bureau of Prisons for a term of 151 months, followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Thomas L. Ludington. Jurisdiction accepted by the Honorable Robert J. White on August 26, 2026.

ORIGINAL SPECIAL CONDITIONS

1. The defendant shall participate in a program approved by the probation department for mental health counseling. If necessary.
2. The defendant shall participate in a program approved by the probation department for substance abuse, which program may include testing to determine in the defendant has reverted to the use of drugs or alcohol, if necessary.
3. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs, or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. The defendant shall submit his person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may

| PROB 12C (Rev. 08/18) VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 000012290 | DATE 11/05/2026 |
|---|---|---|---|
| NAME BURRELL, Eric Marquell | OFFICER Ashley Teeples | JUDGE Robert J. White | DOCKET # 14-CR-20306-01 |

be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

5. The defendant shall take all medications as prescribed by a physician whose care he is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he shall take it, and the defendant shall not discontinue medications against medical advice.
6. The defendant shall establish a plan with the Saginaw County Friend of the Court to satisfy the child support arrearage with that agency and abide by that plan.
7. The defendant shall establish a plan with the Bay County Friend of the Court to satisfy the child support arrearage with that agency and abide by that plan.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

On September 3, 2026, officers with the Michigan State Police (MSP) Bay Area Narcotics Team (BAYANET) conducted a search on a residence in Carrollton Township, Michigan, owned by A.G., who is the girlfriend of BURRELL. Pursuant to the search, the officers located the following items in the primary bedroom shared by BURRELL: Approximately 16.6 grams of cocaine base (on the nightstand), 4.8 grams of cocaine (on the nightstand), 6.4 grams of fentanyl (on the nightstand), two strips of Suboxone (on the nightstand), a digital scale (on the dresser), a loaded .22-caliber semi-automatic Jennings pistol (located inside the nightstand and listed as stolen or lost by Vassar Polce Department), an AR-15 semi-automatic Colt rifle (under the dresser), a 9-millimeter semi-automatic Smith and Wesson M&P Shield pistol (located inside the nightstand and registered to A.G.), and miscellaneous ammunition.

During the search, A.G. advised the officers that BURRELL had been staying at her residence since approximately March 2026, and she was not aware of the narcotics found inside her home or the two firearms that were not registered to her. According to the officers, when they removed the AR-15 from the bedroom, BURRELL stated, "why are you taking our gun?"

On September 28, 2026, an agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF) contacted this writer to inform of the search and items that were seized. No arrest was made at the time of the search.

On October 16, 2026, this writer also spoke with the United States Attorney's Office, who advised a federal indictment would be sought for a new federal offense of Felon in Possession of a Firearm in the United States District Court for the Eastern District of Michigan.

| PROB 12C (Rev. 08/18) **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012290 | DATE 11/05/2026 |
|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| BURRELL, Eric Marquell | Ashley Teeples | Robert J. White | 14-CR-20306-01 |

2 **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC TESTS THEREAFTER, AS DETERMINED BY THE COURT. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A CONTROLLED SUBSTANCE."

On September 3, 2026, following a search of a residence owned by A.G., who is the girlfriend of BURRELL, officers with the Michigan Department of State Police (MSP) Bay Area Narcotics Team (BAYANET) located approximately 16.6 grams of cocaine base, 4.8 grams of cocaine, 6.4 grams of fentanyl, two Suboxone strips, and a digital scale.

According to the incident report, A.G. advised BURRELL had been staying at her residence since approximately March 2026, and that she was not aware of the narcotics found inside her home. BURRELL was also interviewed, at which time he advised he had been using cocaine (approximately 3.5 grams), fentanyl (2 grams), and crack cocaine daily since approximately January 2026. He further advised he uses Suboxone when he cannot obtain fentanyl.

3 **Violation of Standard Condition No. 14:** "THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON. REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A FIREARM."

Pursuant to a search conducted at BURRELL's reported residence on September 3, 2026, officers located the following in the primary bedroom shared by BURRELL: A loaded .22-caliber semi-automatic Jennings pistol, which was located inside the nightstand and listed as stolen or lost by Vassar Polce Department), an AR-15 semi-automatic Colt rifle located under the dresser, a 9-millimeter semi-automatic Smith and Wesson M&P Shield pistol, which was located inside the nightstand and registered to A.G., and miscellaneous ammunition.

As a convicted felon, BURRELL is prohibited from possessing or having access to any firearms. As indicated above, the firearms were located in the bedroom BURRELL shared with his girlfriend. Two of those firearms were found unsecured, and the third firearm located inside a safe was determined to have been reported as lost or stolen.

| PROB 12C (Rev. 08/18) **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000012290 | DATE 11/05/2026 |
|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| BURRELL, Eric Marquell | Ashley Teeples | Robert J. White | 14-CR-20306-01 |

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** SENIOR PROBATION OFFICER<br>s/Ashley Teeples/slg<br>989-894-8832 | DISTRIBUTION<br>Court |
| SUPERVISING PROBATION OFFICER<br>s/Matthew Romeo<br>989-894-8829 | PROBATION ROUTING<br>Data Entry |

**THE COURT ORDERS:**

[ X ] The issuance of a warrant

[ ] Other

s/Robert J. White
United States District Judge

11/17/2026
Date